IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICKY ALAN VALENTA,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 4:24CV3158<br><br>**FINDINGS AND RECOMMENDATION** |

On September 11, 2024, the Court denied Plaintiff's request to proceed in forma pauperis and ordered he pay the $405.00 filing fee on or before October 11, 2024. Filing No. 5. Plaintiff was warned that the failure to comply may result in dismissal of the matter without further notice. *Id*. Plaintiff has not paid the filing fee or otherwise responded to the Court's September 11, 2024 Order.

Accordingly,

IT IS RECOMMENDED to the Honorable Brian C. Buescher, United States District Judge, pursuant to 28 U.S.C. § 636(b), that this case be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 29th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge